1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
2 | THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
3 | 702 Mangrove Avenue, #304
Chico, CA 95926
4 | Telephone:     (415) 444-5800
Facsimile:     (415) 674-9900
5 | Email:         tfrankovich@disabilitieslaw.com

7 | Attorney for Plaintiff
BYRON CHAPMAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO. 4:16-cv-01275-KAW |
| Plaintiff, | **Joint Stipulation to Extend the Mediation Deadline and Order [~~proposed~~]** |
| v. | |
| CARNEROS DELI, *et al.*, | |
| | |

The parties by and through their respective attorneys of record stipulate to extend the deadline to complete mediation for the following reasons:

**Whereas,** Plaintiff filed a Notice of Need for Mediation on September 19, 2016, Dkt. 15; and,

**Whereas,** General Order 56 requires a mediation to take place no later than 90 days after the Notice of Need is filed; and,

1 **Whereas,** the parties are currently required to complete mediation on/before December 19, 2016; and,

3 **Whereas,** a mediator was assigned on November 15, 2016; and

4 **Whereas,** the parties have been working cooperatively to resolve the case and to find a solution to Plaintiff's injunctive demands; and,

6 **Whereas,** the parties believe that they will be in a better position to mediate the case after having more time to work together on suitable barrier removal;

9 Therefore, the parties respectfully request that the deadline to complete mediation be extended up to and including March 15, 2017.

12 **IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 21, 2016    THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff

Dated: November 22 2016    Fisher & Philips, LP

By: /s/ Colin P. Calvert
Colin P. Calvert
Attorneys for Defendants

# [PROPOSED] ORDER

**Good cause having been shown, IT IS SO ORDERED** that the Mediation Deadline is extended up to and including March 15, 2017.

Dated: __11/23__, 2016

_Kandis Westmore_

Hon. Kandis A. Westmore

UNITED STATES MAGISTRATE JUDGE