UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CARNEROS DELI, et al.,<br><br>    Defendants. | Case No. 4:16-cv-01275-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 22 |

On September 22, 2017, the Court approved the parties' consent decree. (Dkt. No. 22.) Pursuant to the consent decree, the Court retained jurisdiction to enforce the provisions until March 31, 2018, or until the parties agreed in writing that Defendants have fulfilled all of their obligations. *Id.* at 5. To date, the parties have not filed any notices in this case, and the date for the undersigned to retain jurisdiction has passed.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by **May 18, 2018** why this case should not be dismissed with prejudice. If Plaintiff does not timely respond, the dismissal with prejudice will be entered and the case will be closed.

IT IS SO ORDERED.

Dated: May 2, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge