UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br>　　　　Plaintiff,<br>　　v.<br>CARNEROS DELI, et al.,<br>　　　　Defendants. | Case No. 4:16-cv-01275-KAW<br>**ORDER OF DISMISSAL**<br>Re: Dkt. Nos. 22, 23 |

On September 22, 2017, the Court approved the parties' consent decree. (Dkt. No. 22.) Pursuant to the consent decree, the Court retained jurisdiction to enforce the provisions until March 31, 2018, or until the parties agreed in writing that Defendants have fulfilled all of their obligations. *Id.* at 5. The parties did not file any notices in this case, and the date for the undersigned to retain jurisdiction has passed. On May 2, 2018, the Court issued an order to show cause to Plaintiff by May 18, 2018 to explain why this case should not be dismissed with prejudice. (Dkt. No. 23.) Plaintiff was advised that a dismissal with prejudice would be entered and the case will be closed if he did not timely respond.

To date, Plaintiff has not responded, so the case is dismissed with prejudice, and the Clerk shall close the case.

IT IS SO ORDERED.

Dated: May 30, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge